# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| JAWBONE INNOVATIONS, LLC, | § |
| *Plaintiff*, | § |
| v. | § CIVIL ACTION NO. 2:23-CV-00081-JRG-RSP |
| PANASONIC HOLDINGS CORPORATION *et al.*, | § (Lead Case) |
| *Defendants*. | § |
| JAWBONE INNOVATIONS, LLC, | § |
| *Plaintiff*, | § CIVIL ACTION NO. 2:23-CV-00077-JRG-RSP |
| v. | § (Member Case) |
| HTC CORPORATION, | § |
| *Defendant*. | § |

## ORDER

Before the Court is the Motion to Dismiss with Prejudice (the "Motion") filed by Jawbone Innovations, LLC ("Plaintiff") and HTC Corporation ("HTC"). (Dkt. No. 119.) In the Motion, the parties represent that the above-captioned Member Case has been resolved and request dismissal of Plaintiff's claims against HTC WITH prejudice. (*Id*. at 1.) The Parties further "request that all attorneys' fees, costs of court and expenses be borne by each Party incurring the same." (*Id*.)

Having considered the Motion, and noting its joint nature, the Court finds that it should be and hereby is **GRANTED**. Accordingly, all claims and causes of action asserted by Plaintiff against HTC in the above-captioned Member Case are **DISMISSED WITH PREJUDICE**. Each party is to bear its own costs, expenses, and attorneys' fees. All pending requests for relief between Plaintiff and HTC in the above-captioned Member Case not explicitly granted herein are **DENIED AS MOOT**.

The Clerk of Court is directed to **CLOSE** Member Case 2:23-cv-00077-JRG-RSP and **CLOSE** Lead Case 2:23-cv-00081-JRG-RSP as no parties or claims remain.

**So ORDERED and SIGNED this 27th day of June, 2024.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE

Case 2:23-cv-00077-JRG-RSP   Document 26   Filed 06/27/24   Page 3 of 3 PageID #: 169